Joe R. **STRINGER**; Desiree
H. Stringer, Plaintiffs–
Appellants,

v.

**CENDANT MORTGAGE CORPORATION, doing business as PHH Mortgage Services Corporation, Defendant–Appellee.**

No. 99–40100.

United States Court of Appeals,
Fifth Circuit.

Sept. 27, 2000.

Rehearing Denied Nov. 9, 2000.

Ralph E. Allen (argued), Tyler, TX, for Plaintiffs–Appellants.

Elizabeth Grace Smith (argued), Davis & Opper, San Antonio, TX, for Defendant–Appellee.

Before HIGGINBOTHAM and SMITH, Circuit Judges, and DUPLANTIER[*], District Judge.

PER CURIAM:

On December 22, 1999, we certified the controlling question in this case to the Texas Supreme Court. 199 F.3d 190 (5th Cir.1999). The question certified was:

Under the Texas Constitution, may a home equity lender require the borrower to pay off third-party debt that is not secured by the homestead with the proceeds of the loan?

The Texas Supreme Court answered the question in the affirmative in a unanimous opinion filed June 8, 2000, in turn filed

---

[*] District Judge of the Eastern District of Louisiana, sitting by designation.

with this court on June 12, 2000. The Texas Supreme Court by order of August 24, 2000, denied a motion for rehearing. That order was filed in this court on August 28, 2000. The posed question having been answered by a final decision of the Texas Supreme Court, the judgment of the United States District Court dismissing the case is AFFIRMED.